

236 So.2d 503

**John F. FELKER, Jr.**

v.

**AETNA LIFE INSURANCE COMPANY.**

No. 50696.

June 26, 1970.

Writ refused. The judgment is correct.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

236 So.2d 504

**Julian J. LOEB**

v.

**BADALAMENTI et al.**

No. 50677.

June 26, 1970.

236 So.2d 504

**ALL STATE CREDIT PLAN HOUMA, INC.**

v.

**WEIDENBACHER.**

No. 50688.

June 26, 1970.

Application denied. The judgment is not final.